UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. JOSEPH ANTHONY AMARI  Crim. No. 09-879 (KSH)

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum        ( ) Ad Testificandum

1. JOSEPH ANTHONY AMARI (hereinafter the "Detainee") is now confined at the Bergen County Jail.

2. The Detainee is

   charged in this District by: (X) Indictment    ( ) Information    ( ) Complaint
   with a violation of 18 United States Code Section 2252A (a)(2)(A) § 2

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at Post Office Building and Federal Courthouse, Courtroom 5, before the Hon. Katharine S. Hayden, U.S. District Judge, on Wednesday, November 2, 2011, at 12:00 p.m., for a suppression hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: October 24, 2011

JANE YOON
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: 10/25/11

*[signature: Katharine Hayden]*

Hon. Katharine S. Hayden, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the BERGEN COUNTY JAIL:

WE COMMAND YOU that you have the body of

JOSEPH ANTHONY AMARI, D/O/B 12/28/1931,

now confined at the Bergen County Jail, brought before the Hon. Katharine S. Hayden, U.S. District Judge, in the Post Office Building and Federal Courthouse, in Newark, New Jersey, on Wednesday, November 2, 2011, at 12:00 p.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey

DATED: 10/25/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk