UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. **JOSEPH ANTHONY AMARI**

## PETITION FOR WRIT OF HABEAS CORPUS

1. Joseph Anthony Amari, () SBI #340096E, is now confined at Bergen County Jail.

2. Said individual will be required at Newark, New Jersey, at the United States District Court before the Honorable Katharine S. Hayden, on Thursday, December 15, 2011, at 10:00 a.m., for a continuation Suppression Hearing in the above-captioned matter. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 1, 2011

_____
Jane H. Yoon
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.
DATED: 12/2/11

_____
Hon. Katharine S. Hayden
United States District Judge

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Bergen County Jail, WE COMMAND YOU that you have the body of

**JOSEPH ANTHONY AMARI**

now confined at Bergen County Jail, be brought to the United States District Court, before the Honorable Katharine S. Hayden, in Newark, NJ on Thursday, December 15, 2011, 10:00 a.m., so that he may appear for a continuation Suppression Hearing in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Katharine S. Hayden
United States District Judge
Newark, New Jersey.

DATED: 12/2/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk