UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | | Crim. No. 09-879(KSH) |
| v. | : | |
| | | TRIAL CONTINUANCE ORDER |
| JOSEPH ANTHONY AMARI | : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Jane H. Yoon and Shirley Emehelu, Assistant U.S. Attorneys), and defendant Joseph Anthony Amari (by Chester M. Keller, First Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and the defendant having consented to the continuance and waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that the proceedings in this matter should be continued for the following reasons:

1. The defendant is reviewing the Court's determination of his pretrial motion to suppress evidence, which was denied in an order signed November 15, 2012;

2. Plea negotiations are in progress, and both the United States and the defendant desire additional time to

negotiate a plea agreement, which would render a subsequent trial of this matter unnecessary;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 28th day of November 2012,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from November 27, 2012 through and including January 27, 2013; and it is further

ORDERED that the period from November 27, 2012 through and including January 27, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. KATHARINE S. HAYDEN
United States District Judge

Form and entry consented to:

_____
Jane H. Yoon
Assistant U.S. Attorney

_____
Chester M. Keller, Esq.
Counsel for defendant Joseph Anthony Amari